UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

—————

No. 1:26-cv-01604

—————

**Lucas Escalante,**
*Petitioner,*

v.

**Vergara, et al.,**
*Respondents.*

—————

### ORDER ADJUSTING BRIEFING SCHEDULE

Before the Court is the petitioner's petition for a writ of habeas corpus. In light of the Fifth Circuit's published opinion in *Rodriguez v. Ortega*, No. 26-50183, 2026 WL 1906557 (5th Cir. July 2, 2026), the briefing deadlines ordered in this Court's prior show cause order, ECF No. 3, are adjusted.

Petitioner is now ordered to reply to respondents' response by no later than July 16, 2026. Petitioner's reply may address any matter in the response but shall address how *Rodriguez* bears on whether the petition should be granted. Respondents shall file a sur-reply no later than 7 days after petitioner files their reply. Respondents' sur-reply may only address how *Rodriguez* bears on whether the petition should be granted. Respondents' sur-reply shall not exceed 5 pages.

*So ordered by the Court on July 7, 2026.*

ANDREW DAVIS
United States District Judge

1